UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FILED
2013 NOV 12 P 4:21
JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLAUDENE D. RUTLEDGE and
VERNELL L. STATEN,

    Defendants.

Case No. 13-CR- 13-CR222
[18 U.S.C. §§ 2, 924(c), 1951(a)]

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES:**

On or about January 6, 2013, in the State and Eastern District of Wisconsin, the defendants,

**CLAUDENE D. RUTLEDGE and
VERNELL L. STATEN,**

conspired with each other and others to unlawfully obstruct, delay and affect commerce and the movement of articles and commodities in commerce by robbery, in that the defendants conspired with others to unlawfully take and obtain money from employees of Community Financial Service Center against their will by means of threatened force, violence and fear of injury.

In violation of Title 18, United States Code, Sections 1951(a) & 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

On or about January 6, 2013, in the State and Eastern District of Wisconsin, the defendants,

**CLAUDENE D. RUTLEDGE and
VERNELL L. STATEN,**

did unlawfully obstruct, delay and affect commerce and the movement of articles and commodities in commerce by robbery, in that the defendants did unlawfully take and obtain approximately $337,100 from employees of Community Financial Service Center against their will by means of threatened force, violence and fear of injury.

In violation of Title 18, United States Code, Sections 1951(a) & 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

On or about January 6, 2013, in the State and Eastern District of Wisconsin, the defendants,

**CLAUDENE D. RUTLEDGE and
VERNELL L. STATEN,**

knowingly brandished a firearm during and in relation to the crime of violence charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) & 2.

3

## Forfeiture Notice

1. Upon conviction of either or both of the offenses in violation of Title 18, United States Code, Sections 1951(a), set forth in Counts One and Two of this Indictment, the defendants, Claudene D. Rutledge and Vernell L. Staten, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense or offenses of conviction. The property to be forfeited includes, but is not limited to:

   a. The approximately $337,100 in United States currency stolen from Community Financial Service Center on or about January 6, 2013; and

   b. A sum of money equal to the proceeds derived from the offense or offenses of conviction.

2. If any of the property described above, as a result of any act or omission by a defendant cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third person, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON
Dated: 12 Nov 2013

JAMES L. SANTELLE
United States Attorney

4